UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BERNHARD KUHMSTEDT,

                                        Plaintiff,                    22-CV-01996 (VSB)(SN)

              -against-                                              **ORDER**

REFINERY 29, INC., et al.,

                                        Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 6/16/2022 __

**SARAH NETBURN, United States Magistrate Judge**:

On June 15, 2022, the Honorable Vernon S. Broderick assigned this matter to my docket for settlement. By June 22, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        June 16, 2022
              New York, New York