USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 6/27/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**BERNHARD KUHMSTEDT,**

                               **Plaintiff,**

        **-against-**

**REFINERY 29, INC., et al.,**

                             **Defendants.**

-------------------------------------------------------------------X

**22-CV-01996 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

A settlement conference is scheduled for Tuesday, September 20, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, September 13, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 27, 2022
             New York, New York