

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

October 28, 2022

**DELIVERED VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

|  |  |
|---|---|
| **Case Title:** | ***Kühmstedt v. Refinery 29, Inc. et al.*, 1:22-cv-01996-DLC** |
| **Re:** | **Extension Request** |

Your Honor:

Plaintiff Bernhard Kühmstedt submits this letter jointly with Defendants Refinery 29, Inc. and Vice Media LLC (collectively, "Defendants") to respectfully request an extension of the deadline for dismissal, pursuant to the Court's September 22nd order. (Dkt. No. 24.)

The parties have partially executed a settlement agreement but need additional time to fully execute same and discharge certain obligations. Because of this, the parties respectfully request that the deadline for dismissal be extended by 7 days, from October 28th to November 4th. This is the parties' first request for an extension relating to the deadline for dismissal.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*Granted. There shall be
no further extension.

Denise Cote
10/28/22*

By:  */s/ Laura M. Zaharia*
Scott Alan Burroughs
Laura M. Zaharia
DONIGER / BURROUGHS
For the Plaintiff